UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE PEREZ, | No.  2:23-cv-0642 CKD P |
| Petitioner, | |
| v. | ORDER |
| JENNIFER CORE, | |
| Respondent. | |

    Petitioner has filed a motion asking that her name be changed in this action from Lisa Marie Belyew, to Lisa Marie Perez.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request that her name be changed in this action (ECF No. 20) is granted; and

    2. From this point forward, petitioner's name in this action is Lisa Marie Perez.

Dated:  April 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pere0642.nc